ADWOA GYABAAH, Respondent, v RIVLAB TRANSPORTATION CORP., Appellant, et al., Defendant. JEFFREY A. ARONSKY, P.C., Nonparty Respondent.

Submitted June 24, 2013; decided August 27, 2013

Motion to vacate this Court's June 5, 2013 dismissal order granted [*see* 21 NY3d 1001 (2013)].

Judge ABDUS-SALAAM taking no part.

———

In the Matter of the Guardianship of KEVIN Z., a Person Alleged to be Mentally Retarded and/or Developmentally Disabled. CARMELLA AA., Respondent; EDWARD Z., Appellant. (And Another Proceeding.)

Submitted June 17, 2013; decided August 27, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

———

JANNETTE MORALES, Plaintiff, v ASARESE MATTERS COMMUNITY CENTER et al., Defendants, CITY OF BUFFALO, Appellant, and COUNTY OF ERIE, Respondent. (Appeal No. 2.)

Submitted June 10, 2013; decided August 27, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.